UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY K. W.,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | CASE NO. EDCV 20-1800-VBF-AGR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections and reply to objections have been filed.  The Courtoverrules the objections and accepts the findings and recommendation of the Report.

IT IS ORDERED that the decision of Commissioner is affirmed and that Judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 30, 2023

_____
Honorable  VALERIE BAKER FAIRBANK
Senior United States District Judge