JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY K. W.,                              )        CASE NO. EDCV 20-1800-VBF-AGR
                     Plaintiff,           )
                                          )        JUDGMENT
          vs.                             )
                                          )
KILOLO KIJAKAZI, Acting                   )
Commissioner of Social Security,          )
                                          )
                     Defendant.           )
_____          )

          IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the

Commissioner of the Social Security Administration.


DATED: September 30, 2023     _____
                                    Honorable VALERIE BAKER FAIRBANK
                                    Senior United States District Judge